# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Ryan Thomas Hirth

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v. Oakland Co. Royal Oak Police Department (P.D.)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 4:23-cv-12708
Assigned To : Kumar, Shalina D.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 10/25/2023
Description: CMP RYAN HIRTH V ROYAL OAK POLICE DEPARTMENT (SS)

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

## Complaint for Violation of Civil Rights
## (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ryan Thomas Heath

All other names by which you have been known:

ID Number: 655192
Current Institution: Carson City Corr Fac
Address: 10274 E Boyer Rd
Carson City MI 48811-9746

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Royal Oak Police Dep
Job or Title (if known):
Shield Number:
Employer:
Address:

☐ Individual capacity  ☒ Official capacity

2

Defendant No. 2

    Name  _____

    Job or Title  _____
    (if known)

    Shield Number  _____

    Employer  _____

    Address  _____

    ☐ Individual capacity      ☐ Official capacity

Defendant No. 3

    Name  _____

    Job or Title  _____
    (if known)

    Shield Number  _____

    Employer  _____

    Address  _____

    ☐ Individual capacity      ☐ Official capacity

Defendant No. 4

    Name  _____

    Job or Title  _____
    (if known)

    Shield Number  _____

    Employer  _____

    Address  _____

    ☐ Individual capacity      ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Wrongful arrest, & Falsely accused Rights to proper arrest and confidence in authority. Rights as a United States Citizen that Resided in the Co of Oakland City of Royal Oak.*

*Failure to follow rules, Regulations, policies, procedures making unnessesary rules or orders. Creating a Hostile environment for me Family & Residence.*

*Issue orders to up root me from family.*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

A No Contact order was lifted by Judge Kumar, Circuit Court Judge. Royal Oak P.D not honoring. During wrongful arrest Drugs planted in Vehicle, being dropped to paraphenalia poss Both Charges being Dismissed.
Failing to properly Follow Rules, Regulations, policies, & Directions/protocol.
Creating a Hostile Enviroment Disrupting me & Familys lifes.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)* Not Charged on above Claims

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. 811 W 12 Mile Rd. Shortly after released From Co jail on active charges doing time for. Doing yardwork I was approched by Royal Oak PD addressed c/a No No contact on Residence Owner Amy Hering. Paperwork was presented proving the No No contact was lifted only being on CVS (No No contact). Entering R.O.PD arresting officer claims drugs to be in the back of the cruiser. Drugs tested coming back negative then dropping poss of Drug Controls and. Home owner produced paperwork Then R.O.PD allowing her to bond me out of police Department after claiming there was a no Contact order in affect.
Happening in 2020 not being Dismissed until 2021 Date unknown fact.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.   EARLY 21

C. What date and approximate time did the events giving rise to your claim(s) occur?

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Facts of the claim are I was lied on, Embarrassed, Harrassed, then drug threw numerous court proceedings inticed by Court appointed attorneys to take a plea to charges. That were wrongful, Falsely claimed, with bias police officers that discriminated against me.

What happened I was Embarrassed, Arrested in front of children and Freend/Mothers of children, and Royal Oak residence. Uprooted from life leaving family leaving room for judgement from R.O neighbors + Residence.

Royal Oak police made wrongful arrest, Refused to honor paperwork presented by Amy Hering the home Owner Women No No contact was placed on. Was present and 5 Royal Oak police.

All officers present names unknown and Amy Hering, and Surely R.O Residence. Saw what happened.

7

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The situation gave me serious depression, Authority issues, affected Relationship with fiance & Children. Low self esteem unable to go around neighborhood without being Extremely Embarrassed and Judged. Played on loss of respect to R.O.P.D. Put me in Fear from any authority, And Solitude Trust issues. Played factor on Suicide attempt.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I believe 110,000,000 is Reasonable considering Im unable to Reside in Oakland Co due to Fear of authorities I lost Fiance & I thought about Suicide due to loss. Im a maniac depressant now, I have extreme authority issues Trusting authority isn't possible. Confidently knowing Authority is going to follow rules properly will always be a problem. And I will always Fear proper action with dealing with authority will take place. Damages were Def of Character, Embarrassment as a Royal Oak Resident, Depression, authority issues, Trust, and invisible Mental health affected

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No →

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

They Did allow women with No No contact placed bond me out of Royal Oak P.D.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

9

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

  4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F.  If you did not file a grievance:

  1.  If there are any reasons why you did not file a grievance, state them here:

  2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: During court with Judge Matis I made it clear I was filing a lawsuit during a district court proceeding.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

    3. Docket or index number

    4.    Name of Judge assigned to your case

        _____

    5.    Approximate date of filing lawsuit

        _____

    6.    Is the case still pending?

        ☐    Yes

        ☐    No

        If no, give the approximate date of disposition. _____

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☐    Yes

    ☒    No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s)    _____

        Defendant(s)    _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

    3.    Docket or index number

        _____

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4. Name of Judge assigned to your case

_____

5. Approximate date of filing lawsuit

_____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/11/23, 20 23.

Signature of Plaintiff: R/Hirth

Printed Name of Plaintiff: Ryan Hirth

Prison Identification #: 655192

Prison Address: 10274 E Boyer Rd.
Carson City, MI 48811-9746
City / State / Zip Code

14

**Additional Information:**

To whom it may Concern,

The situation has put stress on my life, Mental Health and the people around. It was unnessesary and uncalled for. It not only affected me but the people in my life. Mostly Amy Hering, Cypress Hirth, Elowen Hirth, and Arianna Paper. I'm held accountable for my actions it's only right justice be served.

Thank you for your time & Consideration

Sincerely

Ryan Hirth
Ryan Hirth 9.

15

Ryan Huth #655192
10274 E. Boyer Rd
Carson City, MI. 48811-9746

US POSTAGE PITNEY BOWES
ZIP 48811 $001.35⁰
02 4W
0000386197 SEP 12 2023

United States District Court
Office for Eastern District of MI.
231 W Lafayette Blvd Room 564
Detroit MI. 48226